**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 11-cr-00127-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  MARIO HULLUM,

    Defendant.

___

**ORDER RESETTING SENTENCING**
___

The sentencing hearing currently set for Thursday, November 17, 2011, at 1:00 p.m. is vacated and sentencing is reset for Thursday, December 1, 2011, at 12:00 p.m.

DATED: October 26, 2011

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge