# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 11-cr-00127-DME-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. JOSHUA SCOTT,

       Defendants.

## ORDER

On October 3, 2011, the Court ordered the parties to jointly contact chambers within ten days (October 13, 2011) to reschedule the change of plea hearing in this matter [Doc. No. 105]. That date has passed and the Court has received no notification or information about the status of this matter.

Accordingly, the Court issues this new Order ordering the parties by noon, November 16, 2011, to provide a status report regarding the status of this pending prosecution against Defendant Joshua Scott.

DONE AND SIGNED this __9th__ day of November, 2011.

                                      BY THE COURT:

                                      *s/ David M. Ebel*

                                      U.S. Circuit Court Judge
                                      District of Colorado