**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.  11-cr-00127-DME

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4.  BRANDON JAMES,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY DAVID M. EBEL

    The sentencing hearing for Defendant Brandon James is scheduled for January 26, 2012, at 10:00 a.m.

    DATED:  December 13, 2011